UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. CR 07-00525 JW |
|     Plaintiff(s), | |
|   v. | CLERK'S NOTICE |
| SAEZ, | |
|     Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to the Related Case order a Status/Trial Setting Hearing has been set before Judge James Ware on **September 24, 2007 at 1:30 PM ,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: September 18, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy