1  Mary Elizabeth Conn CBA #224597
2  MARY E. CONN & ASSOCIATES
   55 River Street Ste. 100
3  Santa Cruz, CA 95060
   Telephone: (831) 471-7103
4  Fax: (831) 426-0159
5  Attorney For Defendant RICARDO SAEZ

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )      No. CR 07-00525 JW
                                     )
11                      Plaintiff,   )
12  vs.                              )      STIPULATION AND (PROPOSED)
                                     )      ORDER TO CONTINUE AND
13                                   )      EXCLUDED TIME PURSUANT
                                     )      TO SPEEDY TRIAL ACT
14  RICARDO SAEZ,                    )
15                                   )
                        Defendant.   )
16                                   )
                                     )
17  TO THE HONORABLE JAMES WARE:

18      Defendant Ricardo Saez, through his counsel, Mary Elizabeth Conn, and Assistant

19  United States Attorney Thomas O'Connell stipulate and agree that time shall be excluded
20
21  from September 24, 2007 through October 22, 2007 pursuant to 18 U.S.C. §§ 3161 (h)(8)(A)

22  and (B)(iv), the Speedy Trial Act, in that the ends of justice served by the continuance

23  requested outweigh the best interest of the defendant and public in speedy trial because the
24
25  failure to grant such a continuance would deny the defense the time necessary for effective

26  preparation, taking into account the exercise of due diligence.

27      The parties request that the date of October 22, 2007 at 1:30pm be set for status of

28  Mr. Saez, and that the date of September 24, 2007, currently set, be vacated for the reasons

set forth below.

The parties stipulate and request that the Court find the following as a factual basis for excluding the time pursuant to the Speedy Trial Act:

(1)     Parties request additional time to effectively prepare and investigate the facts surrounding this matter.

(2)     Defense counsel is out of town and unavailable on September 24, 2007.

(3)     In addition, the government is in the process of preparing and providing discovery in this case.  An exclusion of time is necessary to afford the government time to complete the discovery process and to permit the defense to adequately assess the discovery and make informed decisions regarding any possible trial in this case.

For these reasons, the parties agree that a continuance is necessary to ensure that counsel is available and prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny the defendant effective case preparation pursuant to 18 U.S.C. § 3161 (h)(8)(A) and 3161(h)(B)(iv).

Dated:   September 19, 2007

Respectfully submitted,
MARY E. CONN & ASSOCIATES


_____/s/_____
Mary Elizabeth Conn,
Attorney for Defendant Ricardo Saez


SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
Thomas M. O'Connell, AUSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )       No. CR 07-00525 JW
                                    )
                Plaintiff,          )
                                    )
vs.                                 )
                                    )       ORDER EXCLUDING TIME
                                    )       PURSUANT TO SPEEDY TRIAL ACT
                                    )
                                    )
RICARDO SAEZ,                       )
                                    )
                Defendant.          )

FOR THE REASONS SET FORTH ABOVE IN THE STIPULATION BETWEEN THE PARTIES, THE COURT INDEPENDENTLY FINDS, IT IS HEREBY ORDERED that the time from September 24, 2007 to October 22, 2007 is excluded from the Speedy Trial Act requirements of Title 18, United States Code, Section 3161 pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and 3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: _____        _____
                               JAMES WARE
                               UNITED STATES DISTRICT JUDGE

3