# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

### CRIMINAL MINUTES

**Judge: James Ware**          **Courtroom Deputy: Elizabeth Garcia**
**Date:  12/3/2007**           **Court Reporter: Summer Clanton**
**Case No: CR-07-0504 JW**     **U.S. Probation Officer: N/A**
      **Related Cases: CR 07-0507 JW**     **Interpreter:   N/A**
                 **CR 07-0523 JW**
                 **CR 07-0524 JW**
                 **CR 07-0525 JW**

### TITLE

**U.S.A. v.  Ricardo Saez ( C) (1)**

**Attorney(s) for Plaintiff(s): Tom O'Connell**
**Attorney(s) for Defendant(s): Bruce Funk for Mary Conn**

### PROCEEDINGS

**Judgment and Sentencing**

### ORDER AFTER HEARING

**Hearing Held.  Defendant present and in custody for proceedings. The Court set a Trial Setting/Disposition Hearing for January 14, 2008 at 1:30 PM.  Time is excluded from December 3, 2007 through January 14, 2008 for efforts to resolve this matter short of trial.**

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: