**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, <br><br>        Plaintiff(s), <br><br>  v. <br><br>SAEZ, <br><br>        Defendant(s). <br>_____/ | No. CR 07-00507 JW <br> No. CR 07-00523 JW <br> No. CR 07-00524 JW <br> No. CR 07-00525 JW <br><br> CLERK'S NOTICE CONTINUING MOTION HEARING TIME |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion Hearing re Representation as to Defendant Saez ONLY before Judge James Ware previously noticed for January 17, 2008 at 1:30 PM has been reset to January 17, 2008 **at 3:00 PM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.

Dated: January 15, 2008

                                                    FOR THE COURT, <br>
                                                    Richard W. Wieking, Clerk

                                                    by: _____/s/_____ <br>
                                                         Elizabeth Garcia <br>
                                                         Courtroom Deputy