UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 4/21/2008
**Case No.:** CR-07-0504 JW
**Related Case No.:** 07-0507 JW USA v. Saez
07-0523 JW USA v. Saez
07-0524 JW USA v. Saez
07-0525 JW USA v. Saez

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

## TITLE

U.S.A. v. Ricardo Saez ( C)(1)

**Attorney(s) for Plaintiff(s):** Hanley Chew for Tom O'Connell
**Attorney(s) for Defendant(s):** Jack Gordon

## PROCEEDINGS

**Status Hearing re Setting/Disposition in CR 07-0504 JW and related cases CR 07-0507 JW, CR 07-0523 JW, CR 07-0524 JW, CR 07-0525 JW USA v. Saez**

## ORDER AFTER HEARING

**Hearing Held. Defendant present and in custody for proceedings. The Court continued this matter for ONE week to April 28, 2008 at 1:30 PM for Setting/Disposition. The Court anticipates a disposition or setting the case for trial at the scheduled hearing. This is the parties' final continuance. No time excluded by the Court.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED***

### CRIMINAL MINUTES

**Judge:** James Ware
**Date:** 4/21/2008
**Case No.:** CR-07-0504 JW
**Related Case No.:** 07-0507 JW USA v. Saez
07-0523 JW USA v. Saez
07-0524 JW USA v. Saez
07-0525 JW USA v. Saez

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**U.S. Probation Officer:** N/A
**Interpreter:** N/A

### TITLE

U.S.A. v. Ricardo Saez ( C)(1)

**Attorney(s) for Plaintiff(s):** Hanley Chew for Tom O'Connell
**Attorney(s) for Defendant(s):** Jack Gordon

### PROCEEDINGS

**Status Hearing re Setting/Disposition in CR 07-0504 JW and related cases CR 07-0507 JW,   CR 07-0523 JW,  CR  07-0524 JW,  CR 07-0525 JW  USA v. Saez**

### ORDER AFTER HEARING

**Hearing Held.  Defendant present and in custody for proceedings.  The Court continued this matter for ONE week to April 28, 2008 at 1:30 PM for Setting/Disposition.  The Court anticipates a disposition or setting the case for trial at the scheduled hearing.  This is the parties' final continuance.  No time excluded by the Court.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 4/21/2008  
**Case No.:** CR-07-0504 JW  
**Related Case No.:** 07-0507 JW USA v. Saez  
07-0523 JW USA v. Saez  
07-0524 JW USA v. Saez  
07-0525 JW USA v. Saez  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

## TITLE

U.S.A. v. Ricardo Saez ( C)(1)

**Attorney(s) for Plaintiff(s):** Hanley Chew for Tom O'Connell  
**Attorney(s) for Defendant(s):** Jack Gordon

## PROCEEDINGS

**Status Hearing re Setting/Disposition in CR 07-0504 JW and related cases CR 07-0507 JW, CR 07-0523 JW, CR 07-0524 JW, CR 07-0525 JW USA v. Saez**

## ORDER AFTER HEARING

**Hearing Held. Defendant present and in custody for proceedings. The Court continued this matter for ONE week to April 28, 2008 at 1:30 PM for Setting/Disposition. The Court anticipates a disposition or setting the case for trial at the scheduled hearing. This is the parties' final continuance. No time excluded by the Court.**

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 4/21/2008  
**Case No.:** CR-07-0504 JW  
**Related Case No.:** 07-0507 JW USA v. Saez  
07-0523 JW USA v. Saez  
07-0524 JW USA v. Saez  
07-0525 JW USA v. Saez  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A

## TITLE

U.S.A. v. Ricardo Saez ( C)(1)

**Attorney(s) for Plaintiff(s):** Hanley Chew for Tom O'Connell  
**Attorney(s) for Defendant(s):** Jack Gordon

## PROCEEDINGS

**Status Hearing re Setting/Disposition in CR 07-0504 JW and related cases CR 07-0507 JW, CR 07-0523 JW, CR 07-0524 JW, CR 07-0525 JW USA v. Saez**

## ORDER AFTER HEARING

**Hearing Held. Defendant present and in custody for proceedings. The Court continued this matter for ONE week to April 28, 2008 at 1:30 PM for Setting/Disposition. The Court anticipates a disposition or setting the case for trial at the scheduled hearing. This is the parties' final continuance. No time excluded by the Court.**

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

***E-FILED*** 

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 4/21/2008  
**Case No.:** CR-07-0504 JW  
**Related Case No.:** 07-0507 JW USA v. Saez  
   07-0523 JW USA v. Saez  
   07-0524 JW USA v. Saez  
   07-0525 JW USA v. Saez  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

## TITLE

U.S.A. v. Ricardo Saez ( C)(1)

**Attorney(s) for Plaintiff(s):** Hanley Chew for Tom O'Connell  
**Attorney(s) for Defendant(s):** Jack Gordon  

## PROCEEDINGS

**Status Hearing re Setting/Disposition in CR 07-0504 JW and related cases CR 07-0507 JW, CR 07-0523 JW, CR 07-0524 JW, CR 07-0525 JW USA v. Saez**

## ORDER AFTER HEARING

**Hearing Held. Defendant present and in custody for proceedings. The Court continued this matter for ONE week to April 28, 2008 at 1:30 PM for Setting/Disposition. The Court anticipates a disposition or setting the case for trial at the scheduled hearing. This is the parties' final continuance. No time excluded by the Court.**

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: