UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** July 7, 2008  
**Case No.:** CR-07-0524 JW  
**Related Case No.:** CR-07-0504 JW  
                 CR-07-0507 JW  
                 CR-07-0523 JW  
                 CR-07-0525 JW  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Summer Clanton  
**U.S. Probation Officer:** Lori Timmons  
**Interpreter:** N/A  

## TITLE

U.S.A. v. Ricardo Saez (1) ( C)

**Attorney(s) for Plaintiff(s):** Tom O'Connell  
**Attorney(s) for Defendant(s):** Jack Gordon

## PROCEEDINGS

**Status Hearing re:**
1. Judgment and Sentencing as to Count 2 in CR-07-0524 JW
2. Government to Dismiss Counts 1, 3, 4 of CR 07-0524 JW and Indictments in all RELATED Cases

## ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Court continued this for Judgment and Sentencing on August 25, 2008 at 1:30 PM to accommodate Defense counsel's request to prepare a sentencing memorandum and for further advisement of Presentence Report to Defendant.

_____  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: