**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

UNITED STATES OF AMERICA,                    NO. CR 07-00524 JW

12
                            Plaintiff,          RELATED CASES
                                                NO. CR 07-00504 JW
13       v.                                     NO. CR 07-00507 JW
                                                NO. CR 07-00523 JW
14   RICARDO SAEZ                               NO. CR 07-00525 JW

15                          Defendant.          **SEALING ORDER PURSUANT**
     _____ /         **TO GENERAL ORDER 54**

16

17       The following documents in this action are placed under seal and shall not be opened except by
the United States Sentencing Commission for its eyes only and shall not be transmitted or otherwise

18   opened except by order of this court upon application.

19       __X__    Presentence Report

20       ____     Plea Agreement

21       _X_      Statement of Reasons

22

23       ___   _____

                 (Other)

24   Dated:  September 3, 2008                   _____
                                                *James Ware*
25                                              JAMES WARE
                                                United States District Judge
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:**

United States Probation Office
United States Marshal Service
280 South First Street
San Jose CA 95113

**Dated: September 3, 2008**                    **Richard W. Wieking, Clerk**

By: *Elizabeth C. Garcia*
   **Elizabeth Garcia**
   **Courtroom Deputy**

**United States District Court**
For the Northern District of California